IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAQUN RAHSEED WILLIAMS,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-0662** |
| : | |
| **JOE TERRA,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 21st day of April, 2025, upon consideration of Defendants' Motion to Partially Dismiss Plaintiff's Complaint (ECF No. 34), and Plaintiff Laqun Rasheed Williams's Response thereto (ECF No. 41), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reclassify Williams's "Motion in Opposition" as a Response and terminate the motion.

2. Defendants' Motion is **GRANTED IN PART**, as follows: Williams's requests for declaratory and injunctive relief and his claims against Defendants K. Owens, J. Bertolini, Yodis, G. Orlando, and Spivey are **DISMISSED.**

3. The Clerk of Court is **DIRECTED** to **TERMINATE** K. Owens, J. Bertolini, Yodis, G. Orlando, and Spivey as Defendants.

4. The remainder of the Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

5.      Defendants Joe Terra, Fitzgerald-Young, S. Grady, J. Muick, N. Wynder, C. Hensley, Spagnoletti, and Morgan Harris shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, J.**