**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LA-QUN RASHEED WILLIAMS**<br>*Plaintiff*,<br>**v.**<br><br>**JOE TERRA, et al.,**<br>*Defendants*. | **CIVIL ACTION NO. 24-0662** |

**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, on this 20th day of August 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF 67), Plaintiff's Response in Opposition (ECF 89), Defendants' Reply (ECF 93), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's First Amendment retaliation claim is **DISMISSED** without prejudice for failure to exhaust administrative remedies as required by the PLRA. It is further **ORDERED** that the Motion is **GRANTED** as to Plaintiff's procedural due process and Eighth Amendment claims. Plaintiff's Motion to Strike Defendants' Reply Brief (ECF 96) is **DENIED**. The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 24\24-662 williams v terra\24-662 order re def. msj.docx